1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

PATRICIA FILARDI, an individual,

    Plaintiff,

v.

BAKER'S RESTAURANT, a
business of unknown form; NEAL T.
BAKER ENTERPRISES, a
California corporation; and DOES 1-
10, inclusive,

        Defendants.

Case No.: ED CV 18-2490-DMG (SHKx)


**ORDER RE DISMISSAL OF
ACTION WITH PREJUDICE [20]**

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Patricia Filardi ("Plaintiff") and Defendants Baker's Burger's, Inc. and Neal T. Baker Enterprises, the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. The parties shall bear their own respective costs and attorneys' fees.

IT IS SO ORDERED.

DATED: April 1, 2019

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE